No. 8824. WENDELL HAUPT, PLAINTIFF & APPELLANT, *v.* J. C. BOESPFLUG CONSTRUCTION CO., a Corporation, DEFENDANT & RESPONDENT.

Decided January 5, 1949.

A praecipe having been filed with the Clerk by the appellant asking for the dismissal of the appeal of the above entitled cause,

It Is Ordered that the appeal herein be, and the same is hereby, dismissed, without costs to either party.

Dated this *5th day of January, 1949.*

HUGH ADAIR, Chief Justice.

*Mr. Wellington D. Rankin* and *Mr. Arthur P. Acher,* both of Helena, Attorneys for Appellant.

*Mr. W. T. Boone* and *Mr. Jack W. Rimel,* both of Missoula, for the Respondent.